JOHN S. LEONARDO
United States Attorney
District of Arizona

M. BRIDGET MINDER
Assistant U.S. Attorney
Arizona State Bar No. 23356
Email: mary.minder@usdoj.gov

PETER SEXTON
Assistant U.S. Attorney
Arizona State Bar No. 11089
Email: peter.sexton@usdoj.gov

Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
Attorneys for Plaintiff

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

SEP 0 6 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | NO.   CR-16-1072-PHX-ROS |
|---|---|
| Plaintiff, | **INFORMATION** |
| vs. | VIO: 18 U.S.C. § 1344 |
| Deborah Ann Weidenhamer, | (Bank Fraud) |
| Defendant. | Counts 1-7 |

THE UNITED STATES ATTORNEY CHARGES:

**BACKGROUND**

At all times relevant to this Information:

1. Deborah Ann Weidenhamer, a resident of Phoenix, Arizona, was the owner and Chief Executive Officer of Auction Systems Auctioneers and Appraisers, Inc., located at 951 West Watkins Street in Phoenix, Arizona. In early 2015, Auction Systems Auctioneers and Appraisers, Inc., changed its name to American Auction Company, Inc. (Auction Systems Auctioneers and Appraisers, Inc., and American Auction Company, Inc., are collectively referred to here as "American Auction.") Weidenhamer, through American

Auction and other related entities, provided auction and appraisal services in the United States and internationally.

2. Weidenhamer promoted American Auction as a successful, growing company. In fact, American Auction had never turned a profit and lost money each and every year since at least 2009

3. To cover American Auction's expenses and losses, Weidenhamer obtained a bank loan. The initial loan, obtained around 2001, was approximately $200,000. As Weidenhamer needed more money to cover the increasing expenses and losses of her failing business, she either increased the amount of the loan with her current lender or moved the loan to another lender that would extend more credit to her. By 2005, the loan had increased to more than $1,000,000. By 2008, the loan had increased to $10,000,000. By 2013, the loan had increased to $35,000,000. Between 2008 and 2013, Weidenhamer switched banks multiple times.

4. In the fall of 2013, Weidenhamer switched banks again. On or about September 20, 2013, Weidenhamer, on behalf of American Auction, obtained a $35,000,000 revolving loan from Johnson Bank (the "Loan"). (Johnson Bank and Comerica Bank later agreed to be equal partners in the Loan and are collectively referred to here as the "Lenders")

5. On September 20, 2013, Weidenhamer signed a loan agreement and various other agreements related to the Loan. (The loan agreement and other related agreements are collectively referred to here as the "Loan Documents") In the Loan Documents, Weidenhamer represented and warranted, among other things, that:

    a. There was no fact known to Weidenhamer or American Auction that materially and adversely affected the business, assets, or condition (financial or otherwise) of American Auction which had not been disclosed to the Lenders. (Loan Agreement § 4.7)

    b. The financial statements and financial data previously delivered to the Lenders, relating to Weidenhamer and American Auction, were true,

correct, and complete in all material respects, and fairly presented the financial position of Weidenhamer and American Auction. (Loan Agreement § 4.12)

6. Many of Weidenhamer's representations and warranties in the Loan Documents, including those listed immediately above, were false and fraudulent. Weidenhamer intentionally hid the true financial condition of American Auction from the Lenders in order to obtain the Loan.

7. Between May 14, 2014, and December 21, 2015, Weidenhamer and the Lenders agreed to modify the terms of the Loan on six occasions. Three of those modifications increased the amount of the Loan from $35,000,000 to $55,000,000.

8. With each modification, Weidenhamer represented and warranted, among other things, that (a) there was no material adverse change in her financial condition or the financial condition of American Auction, and (b) all representations and warranties in the Loan Documents were still accurate. (Modification Agreements § 4)

9. Many of Weidenhamer's representations and warranties in the loan modifications, including those listed immediately above, were false and fraudulent. Weidenhamer continued to hide the true financial condition of American Auction from the Lenders in order to modify and increase the amount of the Loan.

10. On or about January 25, 2016, consistent with their rights under the terms of the Loan, the Lenders conducted a field audit of American Auction. As part of the audit, the Lenders requested that Weidenhamer provide them certain information and documents. Weidenhamer was not able to, and did not, provide many of the documents requested by the Lenders. Weidenhamer also did not provide any substantive response to any of the Lenders' three Notices of Default, which were delivered to her on February 2, February 8, and February 11, 2016.

11. On February 11, 2016, the Lenders declared the Loan in default. At the time, the principle amount of the Loan was $52,443,703.06. After the Lenders collected the

funds in American Auction's bank account at Johnson Bank and applied them to the Loan, the principle amount of the Loan that was still outstanding was $50,672.469.96.

12. After declaring the Loan in default, the Lenders discovered that Weidenhamer had misrepresented American Auction's financial condition and that she had created and provided false and fraudulent financial statements and financial data, including financial statements, bank statements, and accounts receivable reports, to obtain the Loan and as part of her ongoing obligations under the terms of the Loan to provide financial information.

## COUNTS ONE THROUGH SEVEN

13. Paragraphs one through 12 of the Background are realleged and reincorporated as if fully set forth herein.

14. Between about September 2013 and February 2016, Defendant DEBORAH ANN WEIDENHAMER, individually and doing business under the entities described above, knowingly executed and attempted to execute a scheme or artifice to defraud Johnson Bank and Comerica Bank, financial institutions with accounts insured by the FDIC, to obtain money or property under the custody and control of Johnson Bank and Comerica Bank by means of materially false or fraudulent pretenses, representations, and promises.

15. WEIDENHAMER engaged in this conduct, in the District of Arizona and elsewhere, on or about the dates listed below, by making false and fraudulent representations and warranties regarding American Auction's financial condition, and by presenting to Johnson Bank and Comerica Bank false and fraudulent information and documents to obtain the Loan and to modify the terms of the Loan. WEIDENHAMER made such representations and warranties, and presented such information and documents, knowing them to be materially false and fraudulent, and with the intent to defraud Johnson Bank and Comerica Bank.

| Count | Date | Agreement | Loan Amount |
|---|---|---|---|
| 1 | September 20, 2013 | Loan Agreement | $35,000,000 |
| 2 | May 14, 2014 | First Modification Agreement | $40,000,000 |
| 3 | October 24, 2014 | Second Modification Agreement | $50,000,000 |
| 4 | February 16, 2015 | Third Modification Agreement | $50,000,000 |
| 5 | May 14, 2015 | Fourth Modification Agreement | $50,000,000 |
| 6 | October 20, 2015 | Fifth Modification Agreement | $55,000,000 |
| 7 | December 21, 2015 | Sixth Modification Agreement | $55,000,000 |

All in violation of Title 18, United States Code, Section 1344.

Dated this 21st day of July, 2016.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*Mary Bridget Minder*

M. BRIDGET MINDER
PETER SEXTON
Assistant U.S. Attorneys