JOHN S. LEONARDO
United States Attorney
District of Arizona

M. BRIDGET MINDER
Assistant U.S. Attorney
Arizona State Bar No. 23356
Email: mary.minder@usdoj.gov

PETER SEXTON
Assistant U.S. Attorney
Arizona State Bar No. 11089
Email: peter.sexton@usdoj.gov

Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>     vs.<br><br>Deborah Ann Weidenhamer,<br><br>              Defendant. | NO.  CR-16-01072-PHX-ROS<br><br>**RESPONSE TO DEFENDANT'S THIRD MOTION TO CONTINUE SENTENCING** |

The government does not oppose a short (*e.g.*, two-week) continuance of defendant's sentencing, currently set for April 11, 2017, to accommodate defendant's medical appointment on April 4, 2017.  If more specific information is available after defendant's April 4 appointment, the parties can revisit the issue of whether a lengthier continuance would be appropriate at that time.  But, absent more specific information, the government opposes a lengthy continuance.

///

///

///

1  Respectfully submitted this 10th day of March, 2017.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/Mary Bridget Minder*
M. BRIDGET MINDER
Assistant U.S. Attorney

**Certificate of Service**

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:  Lee Stein, Anne Chapman

*s/Rose Marie Trandicosta*
U.S. Attorney's Office