1
2
3
4
5
6
## IN THE UNITED STATES DISTRICT COURT
7
## FOR THE DISTRICT OF ARIZONA
8

| | |
|---|---|
| 9  United States of America, | No. CR-16-01072-001-PHX-ROS |
| 10          Plaintiff, | **ORDER** |
| 11  v. | (Third Request) |
| 12  Deborah Ann Weidenhamer, | |
| 13          Defendant. | |
| 14 | |

15   Pending before the Court is Defendant's Third Motion to Continue Sentencing
16 (Doc. 22) and the Government's response (Doc. 23).  Having reviewed the motion and
17 response,

18   **IT IS ORDERED** granting the Defendant's Third Motion to Continue Sentencing
19 (Doc. 22).

20   **IT IS FURTHER ORDERED** continuing Sentencing from April 11, 2017, to
21 **Thursday, June 15, 2017 at 11:00 AM** in Courtroom 604, in Phoenix, Arizona, before
22 Senior Judge Roslyn O. Silver.

23   The Court finds excludable delay under 18 U.S.C. § 3161(h) _____ from _____to
24 _____.

25   Dated this 14th day of March, 2017.

26
27
_____
Honorable Roslyn O. Silver
Senior United States District Judge
28