ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

M. BRIDGET MINDER
Assistant U.S. Attorney
Arizona State Bar No. 23356
Email: mary.minder@usdoj.gov

PETER SEXTON
Assistant U.S. Attorney
Arizona State Bar No. 11089
Email: peter.sexton@usdoj.gov

Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Deborah Ann Weidenhamer,<br><br>　　　　　Defendant. | NO.  CR-16-01072-PHX-ROS<br><br>**RESPONSE TO DEFENDANT'S FOURTH MOTION TO CONTINUE SENTENCING** |

There is no reason to continue defendant's sentencing again.  It has been a year and a half since defendant's scheme to defraud two banks of more than $50 million was uncovered, nearly a year since the government lodged an Information charging defendant with seven counts of bank fraud, and nine months since defendant pleaded guilty to the Information.  *See* July 27, 2016 Minute Entry (doc. 1); Information (doc. 5); Sept. 6, 2016 Minute Entry (doc. 8).  Sentencing was initially set for November 28, 2016, and has been continued three times for a total of more than six months.  Sentencing should go forward on June 15, 2017, as scheduled.  If defendant needs medical treatment that cannot be accommodated by the Bureau of Prisons, her self-surrender date can be delayed.

In opposing defendant's fourth motion to continue sentencing, the government is not trying to be unreasonable or insensitive to defendant's medical issues.  The government did not oppose defendant's initial requests for continuances (*see* docs. 14, 18, 23).  But the instant motion is the third time in six months that defendant has claimed she needs additional "time to consult with medical experts about a recently discovered serious medical complication" or "to obtain medical testing in relation to a newly-diagnosed serious medical condition."  *See* Second Motion to Continue Sentencing (doc. 18); Third Motion to Continue Sentencing (doc. 22); Fourth Motion to Continue Sentencing (filed June 2, 2017 under seal).  Her repeated claims regarding the purported seriousness of her condition are undermined by the fact that more than six months have passed and, still, little is known about her condition.

Defendant's claims regarding the seriousness of her condition are also undermined by the limited medical records attached in support of her motion.  As an initial matter, the government has concerns regarding the credibility of the summary letter attached as Exhibit 1 to defendant's motion.  The letter's author, Dr. Jeni Keilty, examined defendant only once, on May 22, 2017, and claims to have reviewed some of defendant's medical records dating back nine years before summarizing them in her letter dated the next day.  Dr. Keilty's qualifications are unknown.  Her summary is not on letterhead and it is unclear where she works.  The applicable licensing authority, Arizona's Naturopathic Physicians Medical Board, lists Dr. Keilty as working at Sunridge Medical Wellness Center but the Sunridge website (http://www.sunridgemedical.com/#) does not appear to have any information about Dr. Keilty.[1]

While little is known about Dr. Keilty, she appears to be affiliated with Dr. Gioacchino Franco, another naturopathic physician who has treated defendant for many years.  (According to the licensing board, Drs. Franco and Keilty are located in the same

---

[1] A Google search suggests Dr. Keilty does acupuncture at another location in north Scottsdale.  *See* http://www.mytime.com/deals/AZ/Scottsdale,-AZ/Medical-&-Dental/Acupuncture/Dr-Jeni-Keilty,-Naturopathic-Physician/mt-rnPIKZmu53Rd4XZnlPXY-Q.

1  office.)  In addition to having a long-standing doctor-patient relationship, Dr. Franco and
2  defendant have a curious financial relationship.  In March 2016, when questioned about
3  large payments she made from her business to Dr. Franco, defendant told the government
4  that Dr. Franco had loaned her approximately $680,000 in the past and the payments in
5  question were repayments toward the loan.  Defendant also told the government in March
6  2016 that Dr. Franco was currently paying her $2,500 a week to ghost write a book for him
7  about cancer, which she expected would take her six to nine months to write.  In short,
8  given Dr. Keilty's connection with Dr. Franco and Dr. Franco's relationship with defendant
9  (among other things), there is good reason to question whether Dr. Keilty's summary is an
10 independent, objective assessment of defendant's medical issues.

11        In addition, many of the medical issues described in Dr. Keilty's summary and in
12 defendant's motion appear to be exaggerated.[2]  Dr. Keilty's summary is full of technical
13 terms that sound serious and scary but, upon further investigation, describe relatively
14 routine or minor medical issues.  Some of the abnormal test results mentioned in Dr.
15 Keilty's summary are indicative of a variety of causes or conditions, not just the very
16 serious conditions her summary suggests.  The laundry list of medications in Dr. Keilty's
17 summary are largely alternative, homeopathic remedies that have little to no proven success
18 in clinical trials.  And the Mayo Clinic report from defendant's April 11, 2017 appointment
19 (attached as Exhibit 2 to defendant's motion) does not appear to support anything other
20 than negative, normal, or mild findings.

21        If defendant's upcoming appointments do reveal a serious medical condition, the
22 government will work with defense counsel and the Bureau of Prisons to assess whether
23 BOP can accommodate defendant's condition.  If needed, defendant's self-surrender date
24 can be delayed to allow for any treatment that cannot be accommodated by BOP.
25 Defendant's sentencing need not be delayed any more.

---

[2] As this response is not being filed under seal, the government is not discussing specific examples of Dr. Keilty's apparent exaggerations regarding defendant's medical issues.  If the Court would like specific examples, the government would be happy to provide a supplement under seal or to discuss them at a status conference.

For all of these reasons, the government opposes defendant's fourth request to continue sentencing. The government respectfully requests that the Court deny defendant's motion and allow sentencing to proceed on June 15, 2017.

Respectfully submitted this 7th day of June, 2017.

> ELIZABETH A. STRANGE
> Acting United States Attorney
> District of Arizona
>
> *s/Mary Bridget Minder*
> M. BRIDGET MINDER
> Assistant U.S. Attorney

**Certificate of Service**

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Lee Stein, Anne Chapman

*s/Gaynell Smith*
U.S. Attorney's Office