Lee Stein (#012368)
lee@mitchellsteincarey.com
Anne M. Chapman (#025965)
anne@mitchellsteincarey.com
Anna H. Finn (#026738)
anna@mitchellsteincarey.com
MITCHELL | STEIN | CAREY, PC
One Renaissance Square
2 North Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Deborah Ann Weidenhamer,<br><br>　　　　　　Defendant. | NO.  2:16-cr-01072-ROS<br><br>**NOTICE OF APPEARANCE**<br><br>**VIO:** 18 U.S.C. § 1344<br>　　　 (Bank Fraud)<br>　　　 Counts 1-7 |

  Anna H. Finn of the law firm of Mitchell Stein Carey, PC, enters her Notice of Appearance on behalf of DEBORAH ANN WEIDENHAMER in the above-captioned matter.

  RESPECTFULLY SUBMITTED this 15th day of June, 2017.

            MITCHELL | STEIN | CAREY, PC

            By:   s/Anna H. Finn
            Attorneys for DEFENDANT

CERTIFICATE OF SERVICE

I certify that on this 15th day of June, 2017, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

JOHN S. LEONARDO
United States Attorney
District of Arizona

M. BRIDGET MINDER
Assistant U.S. Attorney
Arizona State Bar No. 23356
Email: mary.minder@usdoj.gov

PETER SEXTON
Assistant U.S. Attorney
Arizona State Bar No. 11089
Email: peter.sexton@usdoj.gov

Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
Attorneys for PLAINTIFFS

s/       *Julie Greenwood*